IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CR-25-Z-BR-(1) |
| | § | |
| BART WADE REAGOR | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are Defendant's Objection to Rule 404(b) Evidence (ECF No. 41) and Defendant's Amended Motion in Limine (ECF No. 46). Upon considering Defendant's Objection and Motion, the Government's Response, and the relevant Federal Rules of Criminal Procedure and Federal Rules of Evidence, the Court **DEFERS** ruling on Defendant's Objection and Motion. The Court **GRANTS** the Government's request to amend its Rule 404(b) notice. The Court **ORDERS** the Government to amend its notice to Defendant regarding Rule 404(b) evidence **on or before October 1, 2021, at 5:00 p.m. CDT**. Further, the Court **ORDERS** the Government to file a copy of the notice in ECF.

SO ORDERED

September 28, 2021

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE