IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | 2:21-CR-25-Z-BR-(1) |
| BART WADE REAGOR | § | |
| Defendant. | § | |

**ORDER**

Both Defendant and the Government have jointly requested permission to use PowerPoint presentations during opening statements. Upon considering the parties' request, the Court will allow use of PowerPoint presentations with the following conditions:

1. The parties shall exchange presentations and reach agreement on all slides on or before Noon, Monday, October 11, 2021; and

2. The parties shall file a joint notice with the Court confirming each party received, reviewed, and approves of the opposing party's presentation.

The Court reminds the parties to strictly adhere to the Court's Order in Limine. ECF No. 75.

**SO ORDERED.**

October 8, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE