IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| v. | § | 2:21-CR-025-Z-(1) |
| BART WADE REAGOR, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Sealed Motion to Amend (ECF No. 72). Defendant requests the Court allow him to amend his previous Response and Objection (ECF No. 69) to the Witness's Sealed Motion to Quash Subpoena (ECF No. 64). The Court **GRANTS** Defendant's Motion.

**SO ORDERED.**

October 18, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE