IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>BART WAYNE REAGOR<br><br>　　Defendant. | 2:21-CR-25-Z-BR-(1) |

## ORDER

Before the Court is a Motion to Reduce Sentence filed by Defendant Bart Wade Reagor. ECF No. 211. Reagor seeks a sentence reduction under 18 U.S.C. 3582(c)(2), alleging that Amendment 821 to the U.S. Sentencing Guidelines entitle him to a reduction in his sentence.

On February 13, 2024, the Court transmitted to Reagor the appropriate form for seeking relief under Amendment 821 for him to complete and return for the Court's consideration. *See* ECF No. 212. His request for relief based on Amendment 821 will be addressed by separate order if and when he seeks such relief on the appropriate form. Until that time, the Motion is **DENIED** without prejudice.

**SO ORDERED**.

May 9, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE